**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Case Number: 7:13-CR-37 (HL)** |
| : | |
| **DONNELL MATHIS,** : | |
| : | |
| Defendant. : | |

## ORDER

The trial of this case, presently scheduled to begin October 29, 2013 in Valdosta, is hereby continued until January 21, 2013. The Court continues this case based on a request by the Defendant=s counsel. Accordingly, the Court finds that the ends of justice served by continuing the case outweigh the best interest of the public and the defendants in a speedy trial, and the period of delay occasioned by this Order shall be excluded from computations of time required by the Speedy Trial Act. 18 U.S.C.A. ▪▪ 3161 to 3174.

**SO ORDERED**, this the 1st day of October, 2013.


*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**